Natalie JOHNSON–LEE; Dean Zimmerman; Eric Makela; Shane Price; Tom Taylor; Lisa Crockett; Travis Lee; Pauline Thomas; Lani Hogan; Stephen Goodell; Brady Baker; Steven Wash; Ken Bradley; Cam Gordon, Plaintiffs/Appellants,

v.

CITY OF MINNEAPOLIS, Defendants/Appellee.

No. 04–4203.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 12, 2005.

Decided: March 3, 2006.

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

Larry B. Leventhal, Randall Morris, David L. Garelick, Leventhal & Associates, Michael C. Hager, Minneapolis, MN, for Plaintiffs–Appellants.

Clifford M. Greene, Kevin G. Ross, Pamela Lee Vanderwiel, Greene & Espel, Minneapolis, MN, for Defendants–Appellee.

Before LOKEN, Chief Judge, WOLLMAN, and BYE, Circuit Judges.

PER CURIAM.

Plaintiffs appeal the district court's[1] grant of summary judgment dismissing their claims against the City of Minneapolis alleging its Redistricting Commission's Redistricting Plan violated various provisions of Minneapolis's City Charter as well as Section 2 of the Voting Rights Act (42 U.S.C. §§ 1973–1973p); 42 U.S.C. § 1983; and the Fourteenth and Fifteenth Amendments to the United States Constitution. Having reviewed the record and the parties' submissions de novo, *Lerohl v. Friends of Minn. Sinfonia,* 322 F.3d 486, 488 (8th Cir.2003), we conclude an extensive discussion is not warranted. The district court has provided a comprehensive and well-reasoned opinion addressing the issues raised by the parties, and we have nothing to add to the analysis. Accordingly, we affirm the judgment of the district court for the reason's stated in its memorandum opinion. *See* 8th Cir. R. 47B.

---

1. The Honorable John R. Tunheim, United States District Judge for the District of Minnesota.